```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 38763
    JAMES P SEITH
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-4371


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/20/2005 and was confirmed 11/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 03/13/2008.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
ECAST SETTLEMENT CORP     UNSEC W/INTER     4597.24          587.46         826.12
CITI RESIDENTIAL LENDING  CURRENT MORTG    66695.20             .00       66695.20
CITI RESIDENTIAL LENDING  MORTGAGE ARRE    37676.27             .00       37676.27
DEUTSCHE BANK TRUST CO    NOTICE ONLY      NOT FILED           .00             .00
MBNA AMERICA              SECURED           2000.00          117.04        2000.00
MBNA AMERICA              UNSEC W/INTER    NOT FILED           .00             .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     536.01           65.16          96.32
BANK OF AMERICA NA        UNSEC W/INTER    NOT FILED           .00             .00
SHELL OIL                 UNSEC W/INTER    NOT FILED           .00             .00
CAPITAL ONE               UNSEC W/INTER    3130.22          400.10         562.49
CAPITAL ONE               UNSEC W/INTER     968.34          123.84         174.00
CAPITAL ONE AUTO FINANCE  UNSEC W/INTER    2625.06          335.48         471.71
ECAST SETTLEMENT CORP     UNSEC W/INTER   11159.50         1298.98        2005.33
HOUSEHOLD BANK            UNSEC W/INTER    NOT FILED           .00             .00
ROUNDUP FUNDING LLC       UNSEC W/INTER    1138.36          143.29         204.56
PROVIDIAN                 UNSEC W/INTER    NOT FILED           .00             .00
PROVIDIAN                 UNSEC W/INTER    NOT FILED           .00             .00
PORTFOLIO ACQUISITIONS    UNSEC W/INTER    2128.47          272.01         382.48
ASSET ACCEPTANCE CORP     UNSEC W/INTER    3608.01          421.93         648.36
ASSET ACCEPTANCE CORP     UNSEC W/INTER    2310.27          270.14         415.15
*LEEDERS & ASSOCIATES LT  DEBTOR ATTY      1,294.00                       1,294.00
TOM VAUGHN                TRUSTEE                                         6,912.58
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 124,400.00

PRIORITY                                         .00
SECURED                                    106,371.47
```

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 38763 JAMES P SEITH

```
     INTEREST                                              117.04
UNSECURED                                                5,786.52
     INTEREST                                            3,918.39
ADMINISTRATIVE                                           1,294.00
TRUSTEE COMPENSATION                                     6,912.58
DEBTOR REFUND                                                 .00
                                    ---------------   ---------------
TOTALS                                  124,400.00       124,400.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
     Dated: 05/26/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```